**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**


**WILLIAM E. INGRAM**                                                    **PLAINTIFF**


**v.**                                    **CASE NO. 4:05-CV-526 GTE**


**METROPOLITAN LIFE INSURANCE**
**COMPANY, EASTMAN CHEMICAL**
**COMPANY, and EASTMAN LONG-TERM**
**DISABILITY PLAN**                                                      **DEFENDANTS**


<u>**JUDGMENT**</u>


Pursuant to the Order filed in this matter granting Defendants' Motion for Judgment on

the Administrative Record, it is Considered, Ordered, and Adjudged that the Complaint in this

matter be, and it is hereby, dismissed in its entirety. All pending motions in this matter are hereby

moot.


Dated this 25th day of August, 2006.


__/s/ Garnett Thomas Eisele____
UNITED STATES DISTRICT JUDGE